THE OTTINGER FIRM, PC
Robert Ottinger
Christopher Q. Davis
Denise Rubin Glatter
19 Fulton Street, Suite 408
New York, New York 10038
(212) 571-2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASMA MAY FOUATHIA, individually and on behalf of others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>GURWITCH PRODUCTS LLC,<br><br>Defendant. | ECF CASE<br><br>No. 10-CV-6411 (THK) |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the accompanying Declaration of Christopher Q. Davis, and the supporting exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) awarding Class Counsel, The Ottinger Firm, P.C., attorneys' fees and expenses of one-third (33.3%) of the Settlement Fund in the sum of $36,000; and

(2) granting such other, further, or different relief as the Court deems just and proper.

Dated: November 11, 2011
New York, New York

                                            Respectfully submitted,
                                            The Ottinger Firm, P.C.
                                            By:

                                              */s/ Christopher Q. Davis*
                                            **THE OTTINGER FIRM, P.C.**
                                            Robert Ottinger (RO-8879)
                                            Christopher Q. Davis (CD-7282)
                                            Denise Rubin Glatter (DG-7742)
                                            19 Fulton St., Suite 408
                                            New York, NY 10038
                                            Telephone: (212) 571-2000
                                            **Attorneys for the Plaintiff and the Class**